**Motions Disposed, Appeal Dismissed, and Memorandum Opinion filed March 17, 2020.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00983-CV

---

### KASE KERN, Appellant

### V.

### STONE MOVES AND OMEGA PACIFIC, INC., Appellee

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2017-15108**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 21, 2019. On February 25, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

Appellant's motion to extend time to file his brief is denied as moot.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.